

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00439-CV

**D&J ALEXANDER MANAGEMENT, LP,**
Appellant

v.

Raymond S. **DE LEON,** II, Trustee of the Delfina & Josefina Alexander Family Trust,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-PBA-000133 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

      Appellant, D&J Alexander Management, LP, filed an "Emergency Motion for Temporary Orders to Preserve Jurisdiction and Rights Pending Appeal (Tamez Ad Litem Order)." The motion is ORDERED HELD IN ABEYANCE pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court